1  JOHN ULIN (SBN 165524)
Email: julin@troygould.com
2  AMY STALLING (SBN 316353)
Email: astalling@troygould.com
3  TROYGOULD PC
1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
Telephone:    (310) 553-4441
5  Facsimile:     (310) 201-4746

6  Attorneys for Plaintiff
MAFFICK LLC

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  MAFFICK LLC, a Delaware limited liability       Case No.
company,
12                                                  **DECLARATION OF ANISSA NAOUAI IN**
                 Plaintiff,                         **SUPPORT OF PLAINTIFF'S** *EX PARTE*
13                                                  **APPLICATION FOR A TEMPORARY**
          v.                                        **RESTRAINING ORDER AND ORDER TO**
14                                                  **SHOW CAUSE RE: PRELIMINARY**
FACEBOOK, INC., a Delaware corporation,             **INJUNCTION**
15  and Does 1-10, inclusive,

16                 Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

**TroyGould
PC**

-  0.0

I, ANISSA NAOUAI, declare as follows:

1.      I am the CEO of Maffick LLC ("Maffick"), the plaintiff in this case.  Except where indicated, I make this declaration of my own personal knowledge in support of Maffick's *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction (the "*Ex Parte* Application").  If called upon to do so, I could and would testify competently to the matters stated below.

2.      Since July 29, 2019, Maffick, LLC ("Maffick") has been a single member, manager-managed limited liability company organized under the laws of the State of Delaware, on or about July 29, 2019.  I have always been and remain its sole member, manager and CEO.  Attached hereto as "Exhibit 1" is a true and correct copy of Maffick's Operating Agreement.

3.      I am a United States citizen and I live and work in Los Angeles, California.

4.      Maffick is a social media company that focuses on social media optimization and brand development.  Attached hereto as "Exhibit 2" is a true and correct copy of the relevant pages of Maffick's Optimization Policy ("MOP") cited in support of the *Ex Parte* Application, which include Maffick's editorial policy and mission statement.  The remainder of the document contains commercially sensitive material that Maffick considers confidential.

5.      Maffick operates three social media channels on Facebook and Instagram: "In the Now," "Soapbox," and "WasteEd."  Its revenue is derived from monetization of social media content, including sponsored advertising for branded content that is promoted on its social media channels, e-commerce sales of Maffick's own merchandise, and the re-sale of original content that is created for its channels.

6.      Maffick's channel "In the Now" is directed toward a community of mindful media consumers and is centered around important, curious and purpose-driven content.  Maffick's most popular channel, it tells stories about social justice, everyday heroism, acts of kindness and doing good where it matters most to its 4.8 million followers.  Examples of recent stories include a delivery man who received a surprise gift from a customer, a man whose family was killed in a plane crash, and lessons we can learn from indigenous people about connectedness.

**TroyGould**
**PC**

-  0.0

7.     Maffick's channel "Waste Ed" focuses on environmental issues and sustainability, both in the content it delivers, and the companies and brands promoted on the channel.  Examples of recent stories include an eleven-year-old who recycled nearly one million cans, a trach picking action figure, and the relocation of a one-hundred-year-old tree.  Maffick also promotes the sale of environmentally conscious products.

8.     Maffick's channel "Soapbox" delivers political opinion and seeks to expose hypocrisy across the political spectrum.  Examples of recent stories include an Iraq War veteran relating his experiences, a video of Nelson Mandela responding to a reporter who was critical of him, and a finding that prison sentences are 20% longer for black men than for white men for similar crimes.

9.     Maffick's channels are intentionally non-partisan and do not seek to represent any one point of view.  Our mission statement makes clear that there are more than two sides to every story and we actively seeks to produce content that rises above any one perspective to tell stories in a neutral manner that encourages its audience to form their own opinions.  Maffick determines what content to post based on analytical data from CrownTangle and Tubular Labs concerning audience preferences.  Editorial control resides with me and Maffick's Head of Vision, Amanda Getty.

10.     While Maffick is not a news organization, we adhere to journalistic standards in publishing, with a particular emphasis on transparency around independence and diversity of sources.  Maffick fact checks to protect against disseminating misinformation and verifies original videos not only for copyright and licensing purposes, but for accountability.  In the case of conflicting reports, Maffick bases the choice to run a story on the availability of three independent collaborations.  Maffick cites both information and media sources on screen and/or in our social copy, cites all statistics and hard facts on which opinion pieces are based, and clearly identifies archival footage to avoid audience confusion as to when an event took place.

11.     Maffick has an express policy on accountability and corrections which provides: "We acknowledge our mistakes when we make them and we're eager to learn from them.  If we get it wrong, we take it down.  Period.  And we have systems in place to ensure that the chances of us

getting it wrong are slim.  In the event of a harmless mistake that can't be changed immediately (like a typo in a video), we leave the post active until engagement dies down, and then we expire it. If needed we add updates to comments/descriptions to ensure we're providing the best information we have. We have not had an instance in which we're required to publish a statement, but in the event that we do, we will make it clear publicly we understand where we went wrong."

12.   Maffick has a global production team based in Los Angeles, Berlin and Moscow and final editorial control rests with our leadership in Los Angeles.  No Russian governmental entities or officials have any input into editorial decisions at Maffick or any of its social media channels.

13.   In 2019, Maffick won several awards for its excellence in digital media including "Media Agency of the Year" from Digiday, the Shorty Award for Best Overall Facebook Presence, and the Lovie Award for Best Viral Video.  Maffick's film about "fast fashion" was recently selected for the Los Angeles Fashion Film Festival and the United Nations Association Film Festival.

14.   On May 18, 2020, Facebook contacted Maffick and threatened to shut down all of our social media pages by May 22, 2020, unless Maffick posted a disclosure on all of its accounts stating that Maffick is "a brand of Maffick Media, which is owned and operated by Ruptly GmbH, a subsidiary of RT news."

15.   Maffick is not owned or operated by Ruptly GmbH ("Ruptly") and is not a brand of Maffick Media GmbH ("Maffick Media").  Ruptly is a part-owner of an inactive German entity, Maffick Media, in which I owned a 49% interest.  Maffick Media no longer does business of any kind.

16.   In July 2019, I formed an entirely new entity known as Maffick, LLC, a Delaware company, in which neither Maffick Media nor Ruptly has any involvement.  While I chose to continuing using the "Maffick" name for the new LLC, Maffick LLC is not related to or associated with Maffick Media (or Ruptly).  The social media pages at issue were created by me, are owned by my company, Maffick, LLC, and have been continually operated and controlled by me.  I have and always have had final editorial control over what is posted on those pages.

**TroyGould**
**PC**

- 0.0

17.     On May 19, 2020, Maffick responded to Facebook, indicating that its social media pages were actually owned by Maffick, LLC, an independent U.S. company owned and operated by me - a United States citizen - and that complying with Facebook's demand that it disclose publicly that it was "owned and operated by Ruptly GmbH, a subsidiary of RT news" would require Maffick to publish inaccurate information.  Facebook did not respond.

18.     Maffick reached out to Facebook again on May 20, 21 and 22 seeking to resolve the situation without having to post the false information Facebook was demanding, but Facebook did not respond to any of those communications either.

19.     By May 22, 2020, I was concerned that Facebook would shut down Maffick's pages completely as it had threatened to do, so as a temporary, stop-gap measure, Maffick posted the phrase "Affiliated with RT" in the "About" section of Soapbox's Facebook and Instagram accounts, because Soapbox is a channel that posts what could be considered "political" content. My intention was to compromise, to keep Maffick's pages from being removed altogether, and to engage in further dialogue with Facebook, so that Maffick would not be required to post inaccurate information on any of its pages that would mislead its users and the general public.  At the same time, Maffick reached out again to Facebook and again received no response.

20.     On June 5, 2020, without reaching out to Maffick beforehand, Facebook published a notice on the "Page Transparency" section of Maffick's pages, In the Now, Waste Ed, and Soapbox, indicating that each is "Russia state-controlled media" ("the Notice").

21.     On June 30, 2020, Maffick initiated an appeal through Facebook's designated appeal process.  Facebook has not adjudicated the appeal or agreed to remove the Notice.

22.     The Notice is false.  Maffick is not controlled operationally or editorially by the Russian government or by Russian state entities or officials.

23.     The false Notice now appears on every social media post by In the Now, Waste Ed, and Soapbox.  It also appears on advertisements on Waste Ed's sponsored and e-commerce posts, falsely suggesting that merchandise offered by Maffick's business partners is somehow associated with the Russian state.  Attached hereto as "Exhibit 3" is a true and correct copy of screenshots that

were taken by Maffick showing the Notice on recent posts and on e-commerce offerings of third-party products.

24.     The Notice immediately resulted in negative comments from visitors to Maffick's social media pages.  Attached hereto as "Exhibit 4" is a true and correct copy of screenshots of negative comments from users of Maffick's Facebook pages that refer to the SCME Notice.

25.     Facebook's false designation of Maffick's social media pages as "Russia state-controlled media" has had a devastating effect on Maffick's reputation and business opportunities and relationships.  Maffick's monetization from its Facebook pages for July has dropped by 50% from its monthly average for 2020.  Maffick is also seeing a 74% decrease in the "reach" of its social media – an analytics metric that refers to the number of users who have come across particular content on a social media platform.  Tubular Labs, which tracks activity on social media, ranked Maffick's "In the Now" in the top ten U.S. Facebook pages for news and politics for May and June 2020, based on numbers of views.  Maffick expects that ranking to fall precipitously for July.

26.     Maffick has existing contracts with various brands and organizations and it earns substantial revenue by advertising and marketing through these strategic partnerships.  Maffick has also been actively expanding its paid partnerships, especially with companies producing sustainable and eco-friendly product lines, and has been developing additional branding to provide health and mindfulness content.

**TroyGould PC**

- 0.0

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of July, 2020, at Los Angeles, California.

_____

ANISSA NAOUAI

TroyGould
PC

- 0.0

# EXHIBIT 1

- 0.0

# LIMITED LIABILITY COMPANY AGREEMENT
## OF
## MAFFICK LLC

THIS LIMITED LIABILITY COMPANY AGREEMENT OF MAFFICK LLC (this "Agreement") is made and entered into as of July 30, 2019, by Anissa Naouai, a resident of Highland Park, California, as the sole member (the "Member"), with reference to the following facts:

A.     MAFFICK LLC, a Delaware limited liability company (the "Company"), was duly formed under the Delaware Limited Liability Company Act (currently Chapter 18 of Title 6 of the Delaware Code) (the "Act") on July 29, 2019 by the filing of a Certificate of Formation ("Certificate of Formation").

B.     The Member wishes to establish the terms of this Agreement as the governing document of the Company.

NOW, THEREFORE, the Member agrees as follows:

1.     <u>Name</u>.  The name of the Company will be "Maffick LLC."  The Member may change the name of the Company at any time and may operate under a fictitious business name as the Member so decide.

2.     <u>Purpose</u>.  The purpose of the Company is to engage in any lawful business or activity for which a limited liability company may be organized under the Act; provided that the Company will not conduct any banking, insurance or trust company business.

3.     <u>Principal Office</u>.  The principal office of the Company will be at such location as the Manager (as defined below) may designate from time to time, which need not be in the State of Delaware.

4.     <u>Management Decisions</u>.  The Company will be managed by a "Manager" appointed by the Member.  Anissa Naouai is hereby appointed as the initial Manager of the Company, and she will hold such office until a successor is appointed by the Member. The Manager will be responsible for the day to day management of the Company's business and will have all rights and powers generally conferred by law or necessary, advisable or consistent in connection therewith.

5.     <u>Membership Interests</u>.  The  Member's interest in the Company will be represented by the rights she has under this Agreement and by units ("Units") issued by the Company to the Member.  The initial class of Units is Class A Units.  Each Class A Unit represents a fractional part of the interest of the holder thereof in profits, losses and distributions

1

of the Company.  The Member is hereby issued 10,000,000 Class A Units, representing one hundred percent (100%) of the interests in the Company.

      6.    <u>Capital Contributions</u>.  The Member will make capital contributions to the Company in amounts determined by the Manager.

      7.    <u>Allocations of Tax Items</u>.  For so long as the Member is the sole member of the Company, the Member shall treat all items of income, gain, loss, deduction, and credit of the Company as its own for U.S. federal income tax purposes.

      8.    <u>Distributions</u>.  Distributable cash (as determined by the Manager) will be distributed to the Member in accordance with her membership interest.

      9.    <u>Dissolution</u>.  The Company will dissolve upon the written consent of the Member.

      10.    <u>New Members</u>.  New Members will be admitted upon the consent of the Manager.

      11.    <u>Agent For Service of Process</u>. The registered office of the Company in the State of Delaware will be the initial registered office designated in the Certificate of Formation or such other office (which need not be a place of business of the Company) as the Manager may designate from time to time in the manner provided by law.  The registered agent of the Company in the State of Delaware will be the initial registered agent designated in the Certificate of Formation, or such other person or persons as the Manager may designate from time to time in the manner provided by law.

      12.    <u>Miscellaneous</u>.

      a.    <u>Applicable Law</u>.  This Agreement will, in all respects, be governed by the laws of the State of Delaware.

      b.    <u>Severability</u>.  Nothing contained herein will be construed so as to require the commission of any act contrary to law, and wherever there is any conflict between any provisions contained herein and any present or future statute, law, ordinance or regulation, the latter will prevail; but the provision of this Agreement which is affected will be curtailed and limited only to the extent necessary to bring it within the requirements of the law.

      c.    <u>Further Assurances</u>. The Member hereto will execute and deliver any and all additional papers, documents and other assurances, and will do any and all acts and things reasonably necessary in connection with the performance of his/her/their obligations hereunder to carry out the intent of the parties hereto.

d.  <u>Modifications or Amendments</u>.  No amendment, change or modification of this Agreement will be valid, unless in writing and signed by the Member(s).

e.  <u>Entire Agreement</u>.  This Agreement contains the sole and entire agreement and understanding of the Member with respect to the entire subject matter hereof, and any and all prior discussions, negotiations, commitments or understandings related hereto, if any, are hereby merged herein.  No representations, oral or otherwise, express or implied, other than those specifically referred to in this Agreement or any exhibits contemplated thereby, have been made by the Member.  No other agreements not specifically contained herein, oral or otherwise, will be deemed to exist or to bind any of the parties hereto.

f.  <u>Number and Gender</u>.  In this Agreement, the masculine, feminine or neuter gender, and the singular or plural number, will each be deemed to include the others whenever the context so requires.

g.  <u>Captions</u>.  The captions appearing at the commencement of the sections hereof are descriptive only and for convenience in reference.  Should there be any conflict between any such caption and the section at the head of which it appears, the section and not such caption will control and govern in the construction of this Agreement.

IN WITNESS WHEREOF, the Member has executed this Agreement as of the date and at the place first above written.

**SOLE MEMBER**:

By: _Anissa Naouai_____

Name:  Anissa Naouai

# EXHIBIT 2

- 0.0



# **M**AFFICK **O**PTIMIZATION **P**OLICY (**MOP**)

July 2019

---

## INTERNAL COMPANY DOCUMENT
## **PLEASE DO NOT SHARE**

MAFFICK OPTIMIZATION POLICY (MOP): **maffick**

See also [MAFFICK STYLE GUIDE](#)
See also MAFFICK VISUAL STYLE GUIDE (link forthcoming)
See also MAFFICK TEAM HANDBOOK (link forthcoming)

# MAFFICK MISSION

**Maffick** is a **boisterous celebration** of our beautiful world and all of its crazy stories.

Maffick was born with a single mission: to use social media for good. We've built three channels that live on social and celebrate the world and all of its crazy stories. Each of these channels have developed into highly engaged and passionate communities, comprising over 5 million active followers. With instant access to such a large and purpose-driven audience, we create campaigns for some of the most positive brands in the world, and distribute them across our network. Maffick is the best way for ethical brands to connect with ethical consumers.

WE ARE sharable stories that matter. Stories that grab you by the brain and get inside your head. Stories that challenge what you think you know about how the world works, and how you work in it. Stories that change you.

We ARE NOT cable news. We are not partisan. We are not politically correct. We are not an echo chamber.

We're bigger than "both sides of the story." We know there are more sides than two.

Our channels each serve a diverse community of social media users, but are united by the common goal of inspiring positive change.

1

MAFFICK OPTIMIZATION POLICY (**MOP**): maffick

**In the Now** is Maffick's flagship brand. We are a community of mindful media consumers around important, curious and purpose-driven content. We tell stories about social justice, everyday heroism, acts of kindness and doing good where it matters most. ITN's snackable short- and mid-format videos are made for sharing; they're about what's happening now, but not always what everyone's talking about. Mind-bending human stories to make you stop, be here NOW, and pay attention.

**Waste-Ed**: From little things we can do every day to better the world, to big ideas that take the world by storm. The planet is in crisis; We give you the numbers to prove it and the solutions to make a difference. We promote real green companies with branded content campaigns that celebrate eco-innovation, and we sell sustainable products directly to conscious consumers who want to do better. We don't have to be doomed to the legacy they want to leave us. Sustainability in everything.

**Soapbox**: Not News. Unpopular opinions expressed loudly. Unapologetically telling it like it is, especially about the stuff they don't want you to know about. Taking on the bullsh*tters and uncovering what's really going on, from North Korea to Saudi Arabia to Venezuela. Soapbox is an op-ed platform like none other. No Filter. Seriously.

MAFFICK OPTIMIZATION POLICY (MOP): maffick

# MAFFICK EDITORIAL POLICY

## July 2019

All editorial decisions at Maffick are rooted in Maffick Optimization Policy, an internal company document written by Anissa Naouai and Amanda Getty, that outlines brand mission and best practices for the optimization of visual media.

We fact check to protect against disseminating misinformation, including verifying original videos for both copyright and licensing purposes, and accountability. In the case of conflicting reports, we base the choice to run a story on the availability of 3 independent corroborations. We identify archive footage clearly to avoid audience confusion as to when an event took place.

We are not a news outlet, and we don't identify our work as journalistic, but we do uphold common journalistic ethical standards in our publishing. Within reason given our platform, we cite both information and media sources on screen and/or in our social copy. We cite all statistics and hard facts on which an opinion piece is based.

We acknowledge our mistakes when we make them and we're eager to learn from them. If we get it wrong, we take it down. Period. And we have systems in place to ensure that the chances of us getting it wrong are slim. In the event of a harmless mistake that can't be changed immediately (like a typo in a video), we leave the post active until engagement dies down, and then we expire it. If needed we add updates to comments/descriptions to ensure we're providing the best information we have. We have not had an instance in which we're required to publish a statement, but in the event that we do, we will make it clear publicly we understand where we went wrong.

All Maffick channels are regulated by these guidelines.

# EXHIBIT 3

- 0.0


**Waste-Ed** with **Pela Case**.

Paid Partnership · 🌐

6 months is all this zero-waste case takes to fully break down when you're done rocking it, no toxic residue left behind!



**Waste-ED**

Russia state-controlled media · June 23 at 3:25 PM · 🌐

Think global, act local!





**In the NOW** with **Petkix.**

Published by Andrew Bernardin [?] · **Russia state-controlled media** · Paid Partnership · 🌐

Your dog can now send you a selfie. 'Ruff said?



**In the NOW** posted an episode of **60 Second Docs Presents** — with **60 Second Docs** and **Downlights**.

Russia state-controlled media · 13 hrs · 🌐

Down syndrome doesn't define her.

with **Downlights** and **60 Second Docs**



19:53

 **Page**

 **Waste-Ed** with **Pela Case**.
Posted by Austin Miller
**Russia state-controlled media** · Paid
partnership · 🌐      •••

6 months is all this zero-waste case takes to fully
break down when you're done rocking it, no toxic
residue left behind!



COMPOSTABLE
PHONE CASE

    

19:51

 **Page**

20 920 people reached

**Boost Post**

**Waste-Ed** posted an episode of **60 Second Docs Presents** — with **60 Second Docs**. ...

Posted by Andrew Bernardin
**Russia state-controlled media** · Yesterday at 10:02 · 🌐

One woman's trash is another's hot new lewk!

with **60 Second Docs**



 80        8 comments   25 shares   1,1M views

   

19:52

## Page

6 764 people reached ›

**Boost Post**



**Waste-Ed** is with **BrightVibes**.
Posted by Andrew Bernardin
**Russia state-controlled media** · 13 July at 10:05 · 🌐

"I make a change, together we make the difference" - Afroz Shah 🙏 **Afroz Shah** 🙏

with **BrightVibes**



20+   20+

19:50

## Page



Invite Friends to Like Your Page

Add a Donate button

**Waste-Ed**
Posted by Maffick
Russia state-controlled media · 1 hr · 🌐

No more tossing when you're done flossing! Durapik is a reusable flossing tool that'll help you cut single-use plastics from your routine for good! Millions of miles of plastic, non-recyclable floss is purchased every single year. When you throw it out, it sits in a landfill decomposing for decades *hopefully* not hurting any wildlife in the process. Durapik's floss is c... See more



# EXHIBIT 4

- 0.0

 Dick Strasser Here Blair the Now... Russian propagandamasters !
Doing the same crap again today that they always do !
Try to make America look like the worst country in the world....

See More

Like · Reply · Message · 2w

 **Carol Sundheim** Dick Strasser  ···



Like · Reply · Message · 2w



**Bryan Nicol** This "In the Now" channel is Russian state owned. They love to post this shit. They want us divided. https://www.google.com/.../rt-attacks-facebook-for...



BUSINESSINSIDER.COM

Russia's RT attacks Facebook for suspending 4 viral news channels...

Like · Reply · Message · 2w · Edited



**Jess Hernandez** why is this from Russia state controlled media, like they give a shit about this gentleman.

Like · Reply · Message · 2w

  2



**Chrysa Galinidou** Jess Hernandez facts are facs tho

Like · Reply · Message · 2w



**Jess Hernandez** Chrysa Galinidou I'm not disregarding the severity of the sentence just why is the from Russia state controlled media. There is another post in this thread stating that he committed robbery, this is the second time someone has searched for someone's record to discount the injustice. Try being black in America, it's not easy.

Like · Reply · Message · 2w



**Vincent Fagan** Jess Hernandez thanks Jess. I missed who it was from! 🤷‍♂️

Like · Reply · Message · 2w



**Mark Rohr** THIS IN THE NOW ORGANIZATION ARE COMMUNIIST RACIST BAITERS ARE TRYING TO DIVIDE US, DON'T BE A DUMB SHEEP AND LET THEM.

Like · Reply · Message · 2w

 **Steen Chery** Yah Russian state control media. That's an unfollow for me

Like · Reply · Message · 2w

 **Karen Cardinale** Russia state- controlled media info?

Like · Reply · Message · 1w

 **Peter Jakobsson** Globalist propaganda

Like · Reply · Message · 2w

 **Travis Chapman** Watch out for this site. It's a "Russia State-controlled media". Look up in the name.

Like · Reply · Message · 2w



**Petros Zamkochyan** Lmao. Russia state owned media? New reason to unfollow.

Like · Reply · Message · 2w

 1

 out to kind paint the picture (right on top after their In the Now logo)--- Russia. Of course "In the Now" will tell folks they are a U.S. company & that FB is mislabeling them-- suuurre.

Racism is everywhere just like bigotry, profiling etc. As a Hispanic (born & raised in the U.S.) I too have experienced racist people toward me but it's my choices that define me not my race. I don't go hating or spreading it simply cuz of a few bad apples in our society. That is all this video is doing to a country like ours w over 328 million people. U think I'm going to judge all white Americans as being racists or a significant portion over the actions of one idiotic lady shown in this video? Hell no! Of course as u mentioned we have our lil problems like any other country but that don't stop us from still having come a long wait to being great. Bring on the haters to this post & discover many aren't even in this country. I guarentee u there are a hell of lot of folks just trying to come here simply becuz they know we are a country of opportunities. I don't think I need to say more.

Like · Reply · Message · 1w          6



**Christine Conley** Do you all know this is Russian controlled media?

Like · Reply · Message · 1w

 1

 **Kuba Dima S** In the NOW Russian bullshit everyday.

Like · Reply · Message · 1w

 **Vanek Ryblevskii** This page is Russian state controlled media  

Like · Reply · Message · 1w



Vadin German John

https://securingdemocracy.gmfus.org/russias-network-of.../

SECURINGDEMOCRACY.GMFUS.ORG

**Russia's Network of Millennial Media**

**Haha** · Reply · Message · 1w



**Daniel Graham** You sound very intellect

Like · Reply · Message · 1w

🖊 **Author**

**In the NOW** ✔ **Vadin German** could've saved yourself, it's already written in our 'About' section.

Like · Reply · Commented on by Andrew Bernardin [?] · 1w



**Johny Cable** **In the NOW** where does it say Russian state-controlled media in your about??

Like · Reply · Message · 1w · Edited



**Greg Williscroft** **In the NOW** why send people to the 'About' section. It doesn't ease our concerns.
Is it because you are American? Is it because you are based in Germany? So what? That doesn't mean you are not a Russian backed site.

Like · Reply · Message · 6d



**Dave Hoople** hey, In The Now, you may want to focus on your own police.

https://youtu.be/-0WlplfuvEQ



YOUTUBE.COM

**Russian Police Hit Protestors With Batons During Election Rally | NBC...**

 1

 Like · Reply · Message · 2w



**Teresa Boswell** Why does this site say Russia state controlled media. Is in the NOW a Russian site trying to tear us apart. I can't believe anything anymore

Like · Reply · Message · 2w



**Teresa Boswell** Warwick Watch
That's why it says Russian state controlled media. It's meant to incite violence. Read the top!

Like · Reply · Message · 1w



**Teresa Boswell** In the NOW
Stop you communists! We are a democracy and you will
not divide us. You must be a friend of Trump

Like · Reply · Message · 1w

 **Steve Murphy** In the Now is a Russian website just trying to stir up trouble block the posts

Like · Reply · Message · 1w



**Thai Xuan Nguyen** In the Now is Russia State Controlled media

 37

Like · Reply · Message · 1w

∧ Hide 36 Replies

↳ View 1 more reply

 ✎ Author

**In the NOW** ✔ We're actually a separate independent US company with many channels. You can thank the US think thank, Atlantic council, which has been relatively successful at getting Facebook to label us inaccurately for political reasons.

👍❤️😆 57

Like · Reply · Commented on by Andrew Bernardin [?] · 1w



**Vicente Castillo** U all know what else is quite interesting? In the Now is sponsored by Russia controlled state media. Hmm who figured Russia loving to stir the pot in our country. Anyone else wondering how this is so political just like they try meddling in our elections. Read after In the Now how it notes the Russian govt is all into our affairs. Who polices their corrupt n lawless country?

Like · Reply · Message · 1w           18

Most Relevant is selected, so some replies may have been filtered out.

 ✏️ **Author**

**In the NOW**  We're actually a separate independent US company with many channels. You can thank the US think thank, Atlantic council, which has been relatively successful at getting Facebook to label us inaccurately for political reasons. Also...the Russia thing...it's old news but we encourage you to go for a visit           40

Like · Reply · Commented on by Andrew Bernardin [?] · 1w

↳ View 24 more replies





**Sherry Dawn Wood** IS RUSSIA STIRRING THE POT? This Quirky New Viral Video Channel Is Funded By The Russian Government In The Now promises "news served hot with a side of smile." It also comes with a dollop of propaganda via its owner, Russia's government-funded RT.

Like · Reply · Message · 1w



**Justin Loveless** Russian state-controlled media everybody. Spreading hate, dont take the bait. Stand together and we will overcome anything.

Like · Reply · Message · 1w

 2

 **Hank Roden** Fb admits this series is Russian created videos

Like · Reply · Message · 1w



**Donovan Morris** Oh you mean we are watching a Putin controlled media? Great!

Like · Reply · Message · 1w

 1

Most Relevant is selected, so some replies may have been filtered out.

✏️ **Author**

**In the NOW** ✓ Actually Donovan, we are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook. Thank you for commenting!

Like · Reply · Commented on by Andrew Bernardin [?] · 1w

 6

 **Stephen Plato** "In The Now": This channel is a Russian owned and influenced by the Russian Government in an attempt to sway the U.S. Election in November 2020. Look it up!

Like · Reply · Message · 3h

 **DeJuan Armstrong-Higgs** Russia state controlled media...nobody notice that?

Like · Reply · Message · 1w



**Sonny Onesimo Cruz** Russia state controlled media. Wtf

 2

Like · Reply · Message · 1w

Most Relevant is selected, so some replies may have been filtered out.

 ✎ **Author**

**In the NOW** ✓ We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook. Thank you for writing us!

 1

Like · Reply · Commented on by Andrew Bernardin [?] · 1w

↳ View 1 more reply



 **Steve Murphy** In the Now is a Russian website just trying to incite trouble please block it

Like · Reply · Message · 1w

 7

↳ **View 4 more replies**

 ✎ **Author**

**In the NOW** ✓ We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook. Thank you for commenting  2

Like · Reply · Commented on by Andrew Bernardin [?] · 1w



**Ethel Deitz** Wondering why we should wathc watch russia Russia stated controlled news

Like · Reply · Message · 1w

 2

Most Relevant is selected, so some replies may have been filtered out.



🎤 Author

**In the NOW** ✔ No need to decide because you're not. We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook. Thank you for commenting!

 8

Like · Reply · Commented on by Andrew Bernardin [?] · 1w



⬦ Top Fan

**Gerardo Ricardo** RUSSIAN STATE CONTROL MEDIA. 



Like · **Reply** · Message · 1w

 **Alex Ellis** One sided story, told by the russia state- controlled media

Like · Reply · Message · 1w

 **Mary Saoud-Ferrara** Do you all trust this Russian controlled media?

Like · Reply · Message · 1w



**Danielle Cole** I hope you're fighting the label they've placed against your news as Russian state controlled media. Facebook is trying it hard

Like · Reply · Message · 1w

 3

   2 Replies



**Rebecca Playfair** Why is in the now news labeled as "Russian state-controlled state media"?

Like · Reply · Message · 1w · Edited



**John V Lombardo** How do you Russian police arrest people? You guys flat out make them dissappear. Vodka

Like · Reply · Message · 1w

 4



**Shadman Morshed** I thought IntheNow was American, but after seeing that it is "Russian state media controlled" something feels like this page is deliberately trying to divide Americans

Like · Reply · Message · 1w

 13

↳   18 Replies



**Donna Roberts Smith** so where did this happen? You do see that this is posted by In the NOW
Russia state-controlled media -- not saying that things like this didn't happen, but where and when did this happen?

Like · Reply · Message · 1w           24

Most Relevant is selected, so some replies may have been filtered out.

 **Author**

**In the NOW** ☑ Hi Donna Roberts Smith This happened in Ashville Minneapolis on June 2nd of this year. Regarding your Russia comment, we are actually an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called...
See More

 64

Like · Reply · Commented on by Andrew Bernardin [?] · 1w

↳ View 24 more replies




**Daniel Alden** Melanie Burns Woyak This is legitimate "fake news" this site is funded by the Russian government. This is the kind of election interference that happened in 2016 and it's happening again.

Like · Reply · Message · 1w

 4



**CV bEats** Russian state controlled media could be dope if you were not being dicks and playing both ends. Many of the Russian people are dope. The right wing Russian eurasian-centric tribalistic small minded government is whack. Followers of Putin and Dugin are also whack.

Like · Reply · Message · 1w

 2

Most Relevant is selected, so some replies may have been filtered out.



🖋 Author

**In the NOW** ✔ Acutally, we are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook. And yea, we agree with you. Some Russians are dope just like some of us Americans. Thank you for commenting.

Like · Reply · Commented on by Andrew Bernardin [?] · 1w

 6



**Jaime Polanco** Russia State-controlled media...

 10

Like · Reply · Message · 1w

Most Relevant is selected, so some replies may have been filtered out.



✏ **Author**

**In the NOW** ✔ Actually Jaime Polanco we are an
independent US company with several channels, one of
which got its start as a TV show on RT. A US think tank
called the Atlantic Council has been relatively successful at
lobbying Facebook to label us inaccurately for political
reasons. We are working on clarifying this error with
Facebook. Thank you for commenting.

 14

Like · Reply · Commented on by Andrew Bernardin [?] · 1w



**Sarah Davidson** Why is Russian State-Controlled media so involved in US news? Anyone else think this is strange? Grated this is horrific but what is In The Now? Who owns it?

Like · Reply · Message · 1w

 7

Most Relevant is selected, so some replies may have been filtered out.



**Debi Williams** Sarah Davidson, lol private citizens of the good ole USA. Some of us actually do research to find out why it is labled that way.

Like · Reply · Message · 1w



**Hana Miles** Sarah Davidson ain't u listening .. Antiffa riot Group ...were you been :""sleeping . Billionaires fund antiffa to riot ... to overthrow whoever ... .thy try anything the anarchist want rule if you let them ..in not they may go away . Or not... See More

Like · Reply · Message · 1w

 1



**Mark Richardson** Debi Williams where did you find that? I'm showing that ITN is a division of RT USA.



**Vadin German** This is Russian controlled media

 10

Like · Reply · Message · 1w

Most Relevant is selected, so some replies may have been filtered out.



✎ **Author**

**In the NOW** ✓ Actually Vadin German we're not. We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook. Thank you for commenting.

 12

Like · Reply · Commented on by Andrew Bernardin [?] · 1w

 **View 5 more replies**



**Wendy García Barley** https://www.google.com/.../russia-facebook.../index.html



CNN.COM

**Russia is backing a viral video company aimed at American...**

Like · Reply · Message · 1w



**Patrick Duncan** FUCK YOU! RUSSIAN CONTROLLED MEDIA
SITE! TRYING TO START SHIT!! WTF!

 1

Like · Reply · Message · 1w

   5 Replies

 Vadin German John
https://securingdemocracy.gmfus.org/russias-network-of.../



**SECURINGDEMOCRACY.GMFUS.ORG**
**Russia's Network of Millennial Media**

Haha · Reply · Message · 1w                                    😆 1

**Daniel Graham** You sound very intellect

Like · Reply · Message · 1w                                    👍 1

✏️ **Author**
**In the NOW** ✔️ **Vadin German** could've saved
yourself, it's already written in our 'About' section.        👍😆 9

Like · Reply · Commented on by Andrew Bernardin [?] · 1w

**Johny Cable In the NOW** where does it say Russian state-
controlled media in your about??

Like · Reply · Message · 1w · Edited

**Greg Williscroft In the NOW** why send people to the
'About' section. It doesn't ease our concerns.
Is it because you are American? Is it because you are
based in Germany? So what? That doesn't mean you are
not a Russian backed site.

Like · Reply · Message · 6d

 **Baxter Todd** Anybody for a little Russian propaganda ??

 2

Like · Reply · Message · 1w

 **Ralph Jason Regudo** Baxter Todd yeah they are Russian police.


Like · Reply · Message · 1w



Ray Lewis Remember all that fuss over investigating the President for collusion with Russia???? This site is "Russia state-controlled media" and says so at the top of the post.

Like · Reply · Message · 1w    1

 **Andrei Ungureanu** Ray Lewis so the video is a lie? Or showing the truth is propaganda? I don't care.

Like · Reply · Message · 1w    1

 **Ray Lewis** Sometimes only certain truths are displayed because it fits an agenda. I don't object to the truth as long as it is not viewed with blinders to mask a wider picture.

Like · Reply · Message · 1w

 **Scott Atchley** Ray Lewis Putin has clearly stated his support for Trump. This site is set up to really discredit the left and deflect Russia's support of Trump. Just my opinion.

Like · Reply · Message · 1w    1

 **Ray Lewis** Scott Atchley I think you have it half right. If you look at the site for any length of time, you will see they are posting the "worst" of both sides and are sewing seeds of discord.

Like · Reply · Message · 1w



💠 **Top Fan**

**Jospeh Fontana** In the now is in bed with CNN  there is nothing peaceful about BLM I don't remember right-wing conservatives burning down most of the city.

Haha · Reply · Message · 1w · Edited

👍😆😡 30



✏️ **Author**

**In the NOW** ✅ Jospeh Fontana we assure you, we have absolutely nothing to do with CNN and plan to keep it that way. So much so in fact that they've slandered us multiple times before.

👍😆 11

Like · Reply · Commented on by Andrew Bernardin [?] · 1w

JUNE 5th -June 13th

**Kellen Sequeira**
Assigned to In the NOW ▼



Move to Done

JUN 13, 2020, 9:12 PM

Can you please elaborate on your affiliation with the Russian Government?

JUN 13, 2020, 11:04 PM

We began as TV show at RT but have longed developed into a separate independent US company with many channels. A US think tank the Atlantic council has been relatively successfully at lobbing Facebook to label us inaccurately for political reasons. Hope this helps! Thank you for writing us 🙏

Sent by Anissa Naouai [?]

Kellen Sequeira
Assigned to In the NOW ▾

longed developed into a separate independent US company with many channels. A US think tank the Atlantic council has been relatively successfully at lobbing Facebook to label us inaccurately for political reasons. Hope this helps! Thank you for writing us 🙏

Sent by Anissa Naouai [?]

JUN 14, 2020, 1:35 AM



Thank you, I saw the flag and wanted to hear what you had to say before forming an opinion.

JUN 14, 2020, 9:37 AM

You're very welcomr

welcome*



Paul Santillana
Assigned to In the NOW

✓ Move to Done

JUN 13, 2020, 10:51 AM

Facebook says you're Russia State-Controlled Media, by the way...

I have a screen cap, but can't send it here...





Russia state-controlled media · Jun 9 at 08:08 · 🌐

2.7K

There we go

 Just an FYI..

JUN 13, 2020, 11:04 PM

Yes we are very aware! They threatened to shutdown our pages. We began as TV show at RT but have longed developed into a separate independent US company with many channels. A US think tank the Atlantic council has been relatively successfully at lobbing Facebook to label us inaccurately for political reasons. Hope this helps! Thank you for writing us 🙏



JUN 12, 2020, 9:50 PM

So not sure why but this is what it says about your agency "Russian state-controlled"



**Carla Cotton**
Assigned to In the NOW ▾

🗑 🛑 ✉ ⭐ | ✓ Move to Done

JUN 12, 2020, 5:58 PM

hey guys. so I was watching a video and noticed this caption under your name...

it won't allow me to add the pic but it had the caption "Rusia-state controlled media." Why would they do that?

Hi Carla, that is an error that we are currently sorting out with Facebook. One of our channels started on RT but we have been an independent US company for awhile now with many different channels. Hope that helps clear things up

Sent by Andrew Bernardin [?]


Carla Cotton
Assigned to In the NOW ▾

Why would they do that?

Hi Carla, that is an error that we are currently sorting out with Facebook. One of our channels started on RT but we have been an independent US company for awhile now with many different channels. Hope that helps clear things up

Sent by Andrew Bernardin [?]


Thank you for responding! I figured it was an error. You guys share great content, so I was confused.

Thank you for the kind words! We aim to keep it going 🙌

 1

Sent by Andrew Bernardin [?]


Keep up the good work!





**Tahmid Rahman**
Assigned to In the NOW ▾

🗑 🛇 ✉ ☆  |  ✓ Move to Done

JUN 12, 2020, 8:57 AM

hi, are you a Russian state run media company?

We're actually a separate independent US company with many channels. You can thank the US think thank, Atlantic council, which has been relatively successful at getting Facebook to label us inaccurately for political reasons.

Thank you for asking

Sent by Andrew Bernardin [?]



Are you appealing against this false labeling?

Tahmid Rahman
Assigned to In the NOW ▾

thank the US think thank, Atlantic council, which has been relatively successful at getting Facebook to label us inaccurately for political reasons.

Thank you for asking

Sent by **Andrew Bernardin** [?]



Are you appealing against this false labeling?

We are working on the best way to dispute this with Facebook

 1

Sent by **Andrew Bernardin** [?]



Keep up the good work.

Thank you 

Sent by **Andrew Bernardin** [?]



**Melinda Herold**
Assigned to In the NOW ▾

✓ Move to Done

JUN 12, 2020, 6:56 AM

Why do I see you page titled in some posts with In the Now Russia state-controlled media in its title?

JUN 12, 2020, 9:11 AM

We're actually a separate independent US company with many channels. You can thank the US think thank, Atlantic council, which has been relatively successful at getting Facebook to label us inaccurately for political reasons.

Thank you for asking 

Sent by Andrew Bernardin [?]

**Jose Cuellar**
Assigned to In the NOW ▾

Move to Done

JUN 11, 2020, 1:21 PM



Facebook has you tagged as "Russia state-controlled media" on your videos? Are you aware of this?

JUN 11, 2020, 9:07 PM

Yes we are very aware! They threatened to shutdown at pages. We began as TV show at RT but have longed developed into a separate independent US company with many channels. A US think tank the Atlantic council has been relatively successfully at lobbing Facebook to label us inaccurately for political reasons. Hope this helps! Thank you for writing us 🙏

Sent by Anissa Naouai [?]

   
JUN 5, 2020, 6:17 PM



‹   **In the NOW** ✓
Russia state-controlled media · 6 hrs · 🌐

Malcolm X spoke the truth about systemic racism and his words are still as relevant as ever.



Daemos Taye

Assigned to In the NOW ▼

Move to Done



 What's up with that?

JUN 11, 2020, 10:25 AM

We began as TV show at RT but have longed developed into a separate independent US company with many channels. A US think tank the Atlantic council has been relatively successfully at lobbing Facebook to label us inaccurately for political reasons. Hope this helps! Thank you for writing us

Tiff Rich
Assigned to In the NOW

JUN 11, 2020, 8:49 AM



hi there. i recently watched a video from your page shared on one of my friend's page. facebook gave a warning that you're "russia state controlled media". this page says you're based in LA. can you provide some guidance on the matter?

We began as TV show at RT but have longed developed into a separate independent US company with many channels. A US think tank the Atlantic council has been relatively successfully at lobbing Facebook to label us inaccurately for political reasons. Hope this helps! Thank you for writing us 🙏

Sent by Anissa Naouai [?]



thanks for responding and clarifying. it does. all the best to you and yours in these



JUN 11, 2020, 8:44 AM



why are you labeled Russia controlled?

We began as TV show at RT but have longed developed into a separate independent US company with many channels. A US think tank the Atlantic council has been relatively successfully at lobbing Facebook to label us inaccurately for political reasons. Hope this helps! Thank you for writing us 🙏



Sent by Anissa Naouai [?]

June 14th-20th



**Gabriela Concha** The videos you're sharing are all starting to become very sensationalist and covered up with a very thin and superficial morality. This man is clearly having a mental breakdown. Please stop the shaming, ask yourselves if the person being filmed is being helped or if you're not doing any better. Some of us are very depressed, anguished, and with PTSD. Turn on your cameras when the police arrives, and please try to differentiate a real threat from a call for help.

Like · Reply · Message · 2h                                                👍 1



**Thomas Bell** is this the most depressing channel I have ever liked. Every day its a new indictment on the state of humanity

 3

**Sad** · Reply · Message · 46m



**Cor de Jonge** So if the police is looking for information, why isnt the time and location of where this happened mentioned anywhere ? Without any details this does not help at all..

 3

Like · Reply · Message · 37m


# Protect your Data

Get the most out of your storage solution with Toolkit. Create sync folders on your SSD that mirror folders on your Mac, so that files are available in both places. Deleted files can be automatically stored in an archive folder in case you need them. To get started, click **Download** for the Toolkit installer and then launch it from your computer. In a few easy steps, Toolkit walks you through syncing your data.

*Install downloaded software after completing all steps.*

Download    Next



Sign Up      Protect your Data      Summary

Aria Cusano
Assigned to In the NOW



we're better..."

## About This Page

**In the NOW**
Russia state-controlled media
In the NOW is partially or wholly under the editorial control of a state.

Yo they are labeling you as controlled by the Russian government.

You can file an appeal

Thursday 11:16am

THU 7:09 PM

Hi Aria, we are in the process of filing an appeal and getting it corrected with Facebook. Thanks for looking out. We appreciate it

Sent by Andrew Bernardin [?]

Scott Howard
Assigned to In the NOW ▾

Jun 17

nderstand

June 17, 2020 at 5:54 PM

How do I know you are a credible source of information?

JUN 17, 2020, 7:04 PM

Jun 17

video.

Hi Scott, you can always research anyone of our videos by going straight to the sources found on anyone of our videos. Also, our About section explains more about who we are, how we're funded, and our mission

Jun 17

ome

hope that helps

Sent by Andrew Bernardin [?]

Jun 17

n

ld love to...

Thank you for responding. I will look into that for sure. I just want to make sure I am getting real information.

Jun 17

we completely understand





JUN 17, 2020, 11:50 AM

Hi Annie, yes, unfortunately we do. We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook.

Thank you for writing us!

Sent by Andrew Bernardin [?]

 JM Kang
Assigned to In the NOW ▾                                        ✓ Move to Done

JUN 17, 2020, 10:55 AM

stop trying to spread lgbt culture... is ITN ran by Russian gvt? Is Russia gvt's official stance is now prolgbt?

Hi JM,

We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook.

Our mission is and has always been one of inclusivity

Thank you for writing us!

Sent by Andrew Bernardin  [?]



Teresa Fawber
Assigned to In the NOW ▼

JUN 15, 2020, 10:11 AM

Your posts say Russia Controlled posts. Is this a fact?

Hi Teresa,

Sent by Andrew Bernardin [?]

We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook.

Thank you for writing us!

Sent by Andrew Bernardin [?]

**Cherie Johnson**
Assigned to In the NOW



✓ Move to Done

> ### In the NOW
> Russia state-controlled media · 5d · 🌐
>
> "It's almost like we're teaching kids that we're bigger, we're better..."



JUN 15, 2020, 8:53 AM

Hi Cherie, we are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook.

Thank you for writing us!

July 21-24th



**Jody Boughton**
Assigned to In the NOW ▼

Move to Done



4:25 / 4:25

**In the NOW** Russia state-controlled media · June 9 at 10:08 AM · 🌐

"It's almost like we're teaching kids that we're bigger, we're better..."

8:24 PM

> Why does this post from you say russia state controlled media?

9:53 PM

> Hi Jody



Sent by **Andrew Bernardin** [?]

> We are an independent US company with



The mob of confused officers didn't bother to find out who they were arresting or why before one of them tackled a Black man to the ground, breaking his arm.

😠 1



👍 Like       💬 Comment       ↗ Share

Hey, I'm not sure if you're aware but FB has you listed as "Russia state-controlled media"

9:55 PM

Hi Sage, yes. We are working on clarifying this error with Facebook.

Thank you for writing us!



**Fletcher Goldie**
Assigned to In the NOW ▾

Move to Done

1:23 PM

why does your page say "Russia-state controlled media"?

Hi Fletcher

Sent by Andrew Bernardin [?]

We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook. Thank you for commenting.



Sent by Andrew Bernardin [?]



**Cassandra Baldridge**
Assigned to In the NOW ▼

🗑 ⬡ ✉ ☆ | ✓ Move to Done

Look at this "Russia State-Controlled media."  Was your page hacked?

10:21 AM

Hi Cassandra

Sent by **Andrew Bernardin** [?]

We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook. Probably would've been easier if we were hacked.

Thank you for writing us!

 **Cassandra Baldridge**
Assigned to In the NOW ▾

Move to Done

Glad I did.

Thank you for confirming that.

You're very welcome

Sent by Andrew Bernardin [?]

What is RT?

https://en.wikipedia.org/wiki/RT_(TV_network)



Cali Griebel
Assigned to In the NOW ▼

Hi! Was curious why it says "Russian state-controlled media".



In the NOW ✓
Russia state-controlled media · Yesterday at 3:09 PM · 🌐

The mob of confused officers didn't bother to find out who they were arresting or why before one of them tackled a Black man to the groun... See More

👤 5.1K
the now.

🗑 ⊘ ✉ ☆ | ✓ Move to Done



**Lori McDaniel**
Assigned to In the NOW ▾

Why do your FB posts identify you this way?




**In the NOW** ✓
Russia state-controlled media · 18 mins · 🌐

he knew exactly how to play the victim when a perso
ut for rude behavior. Don't wanna be called a Karen?

TUE 11:36 PM

**Brittany Lecette**
Assigned to In the NOW ▼

Move to Done

7:07 AM



what does RUSSIA STATE CONTROLLED MEDIA mean??

now I'm wondering if I can trust the content on that new tag

10:20 AM

Hi Brittany

Sent by Andrew Bernardin [?]

We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We

Benn Varghese
Assigned to In the NOW ▾

Move to Done

9:38 AM

Hi! I'm not sure if you've noticed but Facebook appears to be displaying In the NOW as a "Russia state-controlled media" page. I have a screenshot of what I'm seeing but I'm unable to attach it on this message.



Danny Varghese
1 hr · 🌐

I'd like to hear your justification for this incompetence. This makes me sad.
Does it not break your heart? If not, I'd like to understand why. Hit me up.

NOW
Russia state-controlled media · yesterday at 5:09 PM · 🌐

The mob of confused officers didn't bother to find out who they were arresting or why before one of them tackled a Black man to the ground, breaking his ribs.



**Chris Kenzo Ishida**
Assigned to In the NOW ▾

Move to Done

3:58 AM

facebook says you're a russian state owned company.  Is this a mistake?

9:59 PM

Hi Chris, yes it is. We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook.

Thank you for writing us!

Yes, that is Facebook's doing and not ours. It's also on every one of our posts now across all our channels : /

We are currently working on the best course of action to take with Facebook at this time

Sent by Andrew Bernardin [?]



Weird. Im sorry you are dealing with that. I appreciate anyone who stands up for justice, the truth and to do away with censorship.

TUE 11:12 PM

Thank you! 🙌



Sent by Anissa Naouai [?]

Angel Martinez
Assigned to In the NOW



understand the purpose of a Page. See actions taken by the people who manage and post content.

▣  **Russia state-controlled media**

◉  **Page manager locations include: United States, Russia, United Kingdom**

See All  >

Create your own Page                    Create Page

About In the NOW

No wonder why this page is always posting inciting, divisive and propagandist videos. Trying to incite hatred and all. Russia state controlled propaganda machine. You people are despicable.

**Angel Martinez**
Assigned to In the NOW ▾

Actually, we are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook.

Sent by **Andrew Bernardin** [?]

We're sorry you don't like our content. You are more than welcome to unfollow / unlike our page

Sent by **Andrew Bernardin** [?]

TUE 4:13 PM

I don't like your content but I don't like living in a bubble either. I follow outlets I like and don't like for the sake of

Angel Martinez
Assigned to In the NOW ⌄

Move to Done

Sent by **Andrew Bernardin** [?]

We're sorry you don't like our content. You are more than welcome to unfollow / unlike our page

Sent by **Andrew Bernardin** [?]

TUE 4:13 PM

 I don't like your content but I don't like living in a bubble either. I follow outlets I like and don't like for the sake of comparing information. Sorry if I was rude.



TUE 11:12 PM

Your choice! Thanks for writing us 🙌

Sent by **Anissa Naouai** [?]

Emily Davis Arthurs
Assigned to In the NOW ▾

Move to Done

MON 10:28 AM

Monday 10:28am

why does it say you are Russian managed now?

Russia state controlled media specifically

Hi Emily

Sent by Andrew Bernardin [?]

We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook.

Thank you for writing us!

Sent by Andrew Bernardin [?]





Tracy Bumgarner
Assigned to In the NOW ▾

Russia state-controlled media · 50 mins
· 🌐

Atatiana Jefferson was killed through a back window of her home by a white cop who was called by a neighbor to check on her. That neighbor is still devastated, and that cop still hasn't faced trial.



in the now.

after he noticed

Please look at what Facebook label your website as now.  See the label under your

Tracy Bumgarner
Assigned to In the NOW

after he **noticed**

Saturday 1:00pm

Please look at what Facebook label your website as now.  See the label under your organization?  I believe it's not a Russian state controlled media. Please correct me if I'm right. Thanks.

SUN 11:06 PM

Hi Tracy, we are aware. We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook.

Thank you for writing us!

Lisa Upshaw
Assigned to In the NOW

Sunday 5:46am

Why does it say Russian controlled Media under your name?

It says you're based in Russia.

SUN 11:05 PM

Hi Lisa,

Sent by Andrew Bernardin [?]

We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook.

Thank you for writing us!

♥ 1

# Soapbox Facebook Messages

**Question about Russian State Media Appearance**

Inbox   kishan@shahidforchange.us

kishan@shahidforchange.us/press@

C   **Casey Michel** 5:10 PM
to press@shahidforchange.us

Hello,

My name is Casey Michel, and I'm a journalist who regularly covers foreign interference operations for outlets like The Daily Beast, Politico, etc. I saw that Mr. Buttar made an appearance last week on Soapbox with Rania Khalek, which is an outlet affiliated with RT and which Facebook disclosed this month is a "Russian state-controlled media" platform ( https://www.npr.org/2020/06/04/870105673/facebook-begins-labeling-state-controlled-media ).

I was hoping to ask:

—Why did Mr. Buttar appear on Soapbox?
—Was Mr. Buttar aware of Soapbox's links to Russia or RT?
—Did Soapbox disclose any of its links to Russia or RT, or that Facebook recently disclosed that Soapbox was a "Russian state-controlled media" platform, in its communications?
—Will Mr. Buttar continue appearing on Soapbox?

Many thanks in advance. I can be reached at +15032018071 by phone.

Best,
Casey

—
Casey Michel
caseymichel.com | @cjcmichel

↩ Reply      ↩ Reply all      ➤ Forward

 I shared a post from your page, and was later made aware that you're categorized as a Russian state- controlled page. I am checking to see if you're aware of that.

TUE 10:36 AM

Hi Maria

Sent by Andrew Bernardin [?]

We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook. Thank you for writing us!

Sent by Andrew Bernardin [?]

 Thank you for the work you do to bring truth to the people!

Thank you Maria. It's a full time job bringing the truth. We appreciate you.

Sent by Andrew Bernardin [?]

Why is this digital creator considered Russia controlled media?

TUE 10:36 AM

Hi Niles

Sent by Andrew Bernardin [?]

We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook. Thank you for writing us!

Sent by Andrew Bernardin [?]

Ok cool that's why I ask! I'm not down with all this agenda and labeling.

^ ditto 

Sent by Andrew Bernardin [?]

TUE 9:43 AM

 Hi, your page has been labeled "Russian controlled media." Can you tell me more about this please?

Hi Elizabeth

Sent by Andrew Bernardin [?]

We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook. Thank you for writing us! 

Sent by Andrew Bernardin [?]

 Why are your posts labeled with Russian controlled media?

FRI 2:19 PM

Hi Marco

Sent by Andrew Bernardin [?]

We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook.

Thank you for writing us!

Sent by Andrew Bernardin [?]

FRI 3:19 PM

 Appreciate your response thank you



 What's up with the "Russia(n) state-controlled media" tag?

Hi Mike

Sent by Andrew Bernardin [?]

We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook.

Thank you for writing us!

Sent by Andrew Bernardin [?]

 I thought I smelled a rat! Just discovered your page.

Thanks for the response ✌️





I enjoyed your report. Good new report and investigations. I saw that soapbox website shows a title Russian state media what really don't believe. Do FB is sabotaging your web ?





**About This Page**

**Soapbox**
Russia state-controlled media
Soapbox is partially or wholly under the editorial control of a state.

Hi, just coming to give you an FYI. Looks like you're being reported to Facebook as "Russian controlled state media"

**Help Center**

Organizations that believe they are mislabeled can submit an appeal. This appeals form can only be viewed by a labeled Page's admin.

Note: Public media organizations that are publicly financed, retain a public service mission, and can demonstrate independent editorial control are not considered state-controlled media and will not be labeled at this time.

I can't see this designation but a friend of mine could (since I shared a post to your page) and this is what shows up when you click the link...



JUN 15, 2020, 11:30 AM

 Why is this site labeled as Russia state controlled media?

Hi Matt! We are an independent US company with several channels, one of which got its start as a TV show on RT. A US think tank called the Atlantic Council has been relatively successful at lobbying Facebook to label us inaccurately for political reasons. We are working on clarifying this error with Facebook.

Thank you for writing us!

Sent by Andrew Bernardin [?]

 Thank you

JUN 11, 2020, 10:35 AM



I've been impressed with the in your face content you've put out lately. I guess FB noticed too. Your warning went from "Maffick is partly funded by the Russian government" to "Soapbox is directly funded by the Russian government "

Hi Zhanna, a US think tank the Atlantic council has been relatively successfully at lobbing Facebook to label us inaccurately for political reasons. Hope this helps! Thank you for writing us

Sent by Andrew Bernardin [?]



I'm familiar with them. The Russians are to blame for all our problems. Covid19? It's the Russians and Chineses fault. Race riots? Right out of the Russian playbook. Donna Rice said so 😆



JUN 10, 2020, 1:46 AM

 Can I learn more about your background?

JUN 11, 2020, 10:30 AM

Hi Rob. We began as TV show at RT but have longed developed into a separate independent US company with many channels. A US think tank the Atlantic council has been relatively successfully at lobbing Facebook to label us inaccurately for political reasons. Hope this helps! Thank you for writing us

Sent by Andrew Bernardin [?]

 So you receive no support, financial or otherwise, from any foreign sources?

JUN 9, 2020, 5:11 PM

 Can I learn more about your background?

JUN 11, 2020, 10:31 AM

Hi Maher, We began as TV show at RT but have longed developed into a separate independent US company with many channels. A US think tank the Atlantic council has been relatively successfully at lobbing Facebook to label us inaccurately for political reasons. Hope this helps! Thank you for writing us

Sent by Andrew Bernardin [?]

Facebook is saying Soapbox is Russian controlled media.







**Anissa** 🍌 12:06 PM

This is a huge problem. This sponsored post looks like it's paid for by Russia instead of our actual sponsor 😠 (edited)

Image from iOS ⌄



 1    1   

# Emails

Submitted on Saturday, June 13, 2020 - 16:31
Submitted by anonymous user: 67.86.125.105
Submitted values are:

Name: Han Chung
Email: detah187@gmail.com
Company name: DEP
Phone: 6463247843
Subject: Question
Message:
I have a question. I was looking at a video on Facebook from one of your affiliations, In The Now. Under the name of that media source says "Russia state-controlled media"

....
I briefly read Facebook's classification guidelines to inform users about media sources.
Is your company and its affiliates owned by Russia? Nothing here on your page of "About Us" indicates that you are owned by Russia. So I'm curious


The results of this submission may be viewed at:
https://wearemaffick.com/node/74/submission/449

Submitted on Sunday, June 14, 2020 - 06:28
Submitted by anonymous user: 107.242.121.37
Submitted values are:

Name: Anne
Email: spotlightrose@gmail.com
Company name: SunHaus
Phone: 7074078040
Subject: Issue
Message:
A friend just pointed out the your facebook page and all shared content from it are being flagged by Facebook as coming from "Russia state-controlled media."

Just as an FYI...
My Jane Elliot video for some flack for the connection...


The results of this submission may be viewed at:
https://wearemaffick.com/node/74/submission/450

# In the NOW -- Russia state-controlled media? Inbox ×



**MAYA LELAND** <mayaleland@icloud.com>                    Sun, Jun 14, 2:29 PM (11 days ago)

to me ▾

Hi,

I saw a video on Facebook by In the NOW, to which FB added the note that it is "Russian State-controlled media." Are you?

Please explain.

Thank you.

Submitted on Monday, June 15, 2020 - 19:48

Submitted by anonymous user: 84.17.45.118

Submitted values are:

Name: Fred Groves

Email: math_tech_connect@yahoo.com

Company name: Me

Phone: Nope

Subject: Curious about how In The Now is considered Russian media?

Message: So a friend of mine pointed out that a recent video posted on your In The Now fb page had under the title that the page was "Russian- state sponsored media"...while my phone doesn't say that at all.  Why is that? Elucidate for me, please.  I have a screen shot but can't send it via this crappy form lol

The results of this submission may be viewed at:

https://wearemaffick.com/node/74/submission/452

Submitted on Tuesday, June 16, 2020 - 16:24

Submitted by anonymous user: 73.240.78.180

Submitted values are:


Name: Ingvill

Email: i_kaasin@hotmail.com

Company name: Hovden

Phone: 5033171613

Subject: Affiliated with RT

Message: Why does it say on FB that Soapbox is affiliated with RT (Russia Today)??



The results of this submission may be viewed at:

https://wearemaffick.com/node/74/submission/453

Submitted on Thursday, June 18, 2020 - 14:52

Submitted by anonymous user: 97.127.161.41

Submitted values are:


Name: Jeri Preston

Email: jeripreston114@yahoo.com

Company name: NA

Phone: 9999999999

Subject: Question about Facebook Pages

Message: I have been seeing your FB page posts recently.  I'm curious what the phrase"Russia-state controlled media" means and why you have it under the titles of your three pages. Thank you.



The results of this submission may be viewed at:

https://wearemaffick.com/node/74/submission/455

Submitted by anonymous user: 2600:1015:b10c:21c2:40a8:3cdb:e2c5:a4e6

Submitted values are:

Name: Sherri
Email: Sherri.jane@yahoo.com
Company name: none
Phone: 1-800-764-4301
Subject:
Message:
why are you affiliated with RT?

The results of this submission may be viewed at:
https://wearemaffick.com/node/74/submission/456