JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
MARIANNA MAO (State Bar No. 318070)
Marianna.Mao@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

JONATHAN KRAVIS (*pro hac vice* application pending)
Jonathan.kravis@mto.com
ZOE BEDELL (*pro hac vice* application pending)
zoe.bedell@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW, 7th Floor
Washington, DC  20004-1361
Telephone:     (202) 220-1100
Facsimile:     (202) 220-2300

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAFFICK LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     vs.<br><br>FACEBOOK, INC., a Delaware corporation, and Does 1-10, inclusive.<br><br>          Defendants. | Case No. 3:20-cv-05222-JD<br><br>**DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

## DECLARATION OF JONATHAN H. BLAVIN

I, Jonathan H. Blavin, declare as follows:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendant Facebook, Inc. ("Facebook") in the above-captioned matter. I have personal knowledge of the facts stated in this declaration and could competently testify to them if called upon to do so. I make this declaration in support of Facebook's Opposition to Plaintiff Maffick LLC's *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction.

2. Attached hereto as **Exhibit A** is a true and correct copy of the article titled *Russia is backing a viral video company aimed at American millennials*, dated February 15, 2019, as downloaded by my law firm from https://www.cnn.com/2019/02/15/tech/russia-facebook-viral-videos/index.html.

3. Attached hereto as **Exhibit B** is a true and correct copy of a July 30, 2020 tweet from the Twitter account @inthenow, as downloaded by my law firm from https://twitter.com/inthenow/status/1288806591052079108 on August 2, 2020.

4. Attached hereto as **Exhibit C** is a true and correct copy of a report titled *Russian Active Measures Campaigns and Interference in the 2016 U.S. Election – Volume 2: Russia's Use of Social Media with Additional Views*, from the U.S. Senate Select Committee on Intelligence, as downloaded by my law firm from https://www.intelligence.senate.gov/sites/default/files/documents/Report_Volume2.pdf.

5. Attached hereto as **Exhibit D** is a true and correct copy of the article titled *Russia's Network of Millennial Media*, dated February 15, 2019, as downloaded by my law firm from https://securingdemocracy.gmfus.org/russias-network-of-millennial-media/.

6. Attached hereto as **Exhibit E** is a true and correct copy of the article titled *Russia's RT attacks Facebook for suspending 4 viral news channels that broadcast Kremlin talking points to millennials*, dated February 18, 2019, as downloaded by my law firm from https://www.businessinsider.com/rt-attacks-facebook-for-suspending-in-the-now-soapbox-other-pages-2019-2.

1  7. Attached hereto as **Exhibit F** is a true and correct copy of the article titled *Russia's RT Slams Facebook For Suspending Anti-US, Pro-Kremlin Viral Video Channels*, dated February 18, 2019, as downloaded by my law firm from https://www.ibtimes.com/russias-rt-slams-facebook-suspending-anti-us-pro-kremlin-viral-video-channels-2765394.

8. Attached hereto as **Exhibit G** is a true and correct copy of the archived webpage maffick.media, dated February 18, 2019, as downloaded by my law firm from https://web.archive.org on August 2, 2020.

9. Attached hereto as **Exhibit H** is a true and correct copy of the article *Facebook restores previously suspended Russia-linked pages*, dated February 25, 2019, as downloaded by my law firm from https://thehill.com/policy/technology/431497-facebook-restores-previously-suspended-russia-linked-pages.

10. Attached hereto as **Exhibit I** is a true and correct copy of Anissa Naouai's LinkedIn profile, dated February 11, 2011, as downloaded by my law firm from http://web.archive.org/web/20110211122903/https://www.linkedin.com/pub/anissa-naouai/8/825/a3.

11. Attached hereto as **Exhibit J** are true and correct copies of the About sections from the Facebook Pages titled In the NOW, Waste-Ed, and Soapbox, as downloaded by my law firm from https://www.facebook.com/pg/inthenow/about/, https://www.facebook.com/pg/GoWasteEd/about/, and https://www.facebook.com/pg/SoapboxStand/about/ respectively on August 2, 2020.

12. Attached hereto as **Exhibit K** is a true and correct copy of the domain name registration data lookup result from the website https://lookup.icann.org/lookup for the domain name maffick.media, as downloaded by my law firm on August 2, 2020.

13. Attached hereto as **Exhibit L** is a true and correct copy of the About section of the website euvsdisinfo.eu, as downloaded by my law firm from https://euvsdisinfo.eu/about/ on August 2, 2020.

//

//

14. Attached hereto as **Exhibit M** is a true and correct copy of the article titled *RT GOES UNDERCOVER AS IN THE NOW*, dated May 22, 2017, as downloaded by my law firm from https://euvsdisinfo.eu/rt-goes-undercover-as-in-the-now/.

15. Attached hereto as **Exhibit N** is a true and correct copy of the Facebook story titled *Helping to Protect the 2020 US Elections*, dated October 21, 2019 (update posted on January 27, 2020), as downloaded by my law firm from https://about.fb.com/news/2019/10/update-on-election-integrity-efforts/.

16. Attached hereto as **Exhibit O** is a true and correct copy of the Page Transparency section from the Facebook Page titled In the NOW, as downloaded by my law firm from https://www.facebook.com/inthenow/ on August 3, 2020.

17. Attached hereto as **Exhibit P** are true and correct copies of screenshots of some user comments posted to the Facebook Pages of In the NOW and Soapbox, as downloaded by my law firm on August 2 and 3, 2020 from:

https://www.facebook.com/276157035868006/videos/269109104473986;

https://www.facebook.com/276157035868006/videos/269109104473986;

https://www.facebook.com/276157035868006/videos/729793204496800; and

https://www.facebook.com/276157035868006/videos/1096816094036467.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on August 4, 2020 in Marin County, California.

*/s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN