# EXHIBIT B

Q Search Twitter



**In the NOW** ✓
@inthenow

It's so official: We're suing Facebook, bitches! 🔥🔥🔥

Seriously, tho. Our company Maffick has filed a lawsuit and is seeking a restraining order against Facebook, Inc for defamation, unfair competition, and infringement on its commercial rights.



8:00 AM · Jul 30, 2020 · Twitter Web App

**175** Retweets and comments    **522** Likes