# EXHIBIT G

web.archive.org

# Maffick

1-2 minutes

Dear Viewers,

Similarly to NPR, PBS, BBC, DW, CBC, AJ+ and many other media companies, Maffick is supported in part by government funding. Likewise while we haven't posted funding details on our Facebook pages etc, neither have any of our international peers. Yet on Friday February 15th Facebook took our pages, with literally millions of fans, off line. Why single us out?

One reason and one reason only: The government that helps fund our company is Russia. We did not violate any of Facebook's policies whatsoever. None of our content promotes disinformation or fake news. Yet CNN pressured Facebook into unprecedented censorship in a desperate attempt to milk ratings by stoking hysteria over Russia.

This type of new McCarthyism deserves to be called out and needs to stop. We hope that Facebook will articulate clear, consistent policies and protocols regarding obligatory funding disclosures which will be applied evenly across all pages. In the meantime, please turn our pages back on so we can keep publishing top quality social videos!