# EXHIBIT I

Anissa Naouai - LinkedIn

# Anissa Naouai

News Anchor

Greater New York City Area

| | |
|---|---|
| **Current** | • **News Anchor and Political Correspondent at RT Television** |
| | • **Founder / Actress at Studio Six Theater Company** |
| **Past** | • Manager at Pamela's Cafe |
| **Education** | • Moscow Art Theater School |
| | • City University of New York-Hunter College |
| **Connections** | **25** connections |
| **Industry** | Media Production |
| **Websites** | • RT website |
| | • Facebook Page |
| | • Youtube |

---

# Anissa Naouai's Experience

### News Anchor and Political Correspondent
**RT Television**

(Privately Held; Internet industry)

February 2006 — Present (5 years 1 month)

### Founder / Actress
**Studio Six Theater Company**

(Entertainment industry)

August 2005 — Present (5 years 7 months)

### Manager
**Pamela's Cafe**

(Restaurants industry)

September 1998 — 2001 (3 years )

---

# Anissa Naouai's Education

**Moscow Art Theater School**

Masters , Acting, Theater History, Russian language, Movement and Dance , 2001 — 2005

**City University of New York-Hunter College**

World History, French, English 2000 — 2001

Ended Studies in 2001 to attend Moscow Art Theater School.

---

# Additional Information

**Anissa Naouai's Websites:**

RT website
Facebook Page
Youtube