# EXHIBIT J

Email or Phone | Password | Log In

Forgot account?

### In the NOW
@inthenow
4.8M followers

Kindness is dope.

- Home
- Videos
- Events
- Posts
- About
- Community
- Photos
- YouTube
- Twitter
- Instagram

Create a Page

Followed by 4,852,385 people

Like  Share

## About

**Suggest Edits**

**CONTACT INFO**

Call (844) 220-1811

m.me/inthenow

hello@maffick.media

https://wearemaffick.com

**MORE INFO**

**Release Date**
May 2016

**About**
Kindness is dope.

**Impressum**
Maffick is a Delaware limited liability company owned and operated by Anissa Naouai

Email: Hello@Maffick.media
Phone: +1 844 220 1811
Location: Los Angeles, CA

**Company Overview**
Maffick amplifies brands via top notch visual storytelling. Our flagship channel "In the NOW" has achieved billions of views on Facebook with over four million ... See More

A global digital platform for those on the move. News served hot with a side of smile. Straight up & right now. Be in touch. Be in the know. Be in the Now. Foll... See More

**Founding Date**
May 2016

**Awards**
Digiday Media Agency of 2019
Shorty Awards Best Overall Facebook 2019
Lovie Awards Best Viral Video 2018

Social Media Agency · News & Media Website · Video Creator

**STORY**

**Our Story**

In The NOW strives to build a community of mindful media consumers around important, curious and purpose-driven content. ITN's snackable short- and mid-format videos are made for sharing; they're about what's happening now, but not always what everyone's talking about. Real-talk politics, in-your-face opinions, gripping social issues and mind-bendi...

See More

Case 3:20-cv-05222-JD   Document 10-10   Filed 08/04/20   Page 3 of 6

Pages   Businesses   Advertising/Marketing   Social Media Agency   In the NOW   About

English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   한국어   Italiano   Deutsch   हिन्दी   日本語

Sign Up   Log In   Messenger   Facebook Lite   Watch   People   Pages   Page Categories   Places   Games   Locations   Marketplace   Facebook Pay   Groups   Oculus   Portal   Instagram   Local   Fundraisers   Services   About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices   Terms   Help

Facebook © 2020



Email or Phone | Password | Log In

Forgot account?

**Waste-Ed**

@GoWasteEd

209K followers

Sowing the seeds of sustainability 🌱🌿🌱
Instagram: @get.waste.ed
https://www.instagram.co…

- Home
- Videos
- Events
- Posts
- **About**
- Community
- Photos



Followed by 209,638 people

Like   Share   

## About

**Suggest Edits**

### CONTACT INFO

📞 Call (844) 220-1811

💬 m.me/GoWasteEd ⓘ

✉ waste-ed@maffick.media

🌐 https://wearemaffick.com

### MORE INFO

ⓘ **About**
Sowing the seeds of sustainability
🌱🌿🌱
Instagram: @get.waste.ed
**https://www.instagram.com/get.waste.ed**

TikTok: @getwasteed
**https://www.tiktok.com/@getwasteed**

ⓘ **Impressum**
Maffick is a Delaware limited liability company owned and operated by Anissa Naouai

Email: Hello@Maffick.media
Phone: +1 844 220 1811
Location: Los Angeles, CA

ⓘ **Company Overview**
Maffick amplifies brands via top notch visual storytelling. Our flagship channel "In the NOW" has achieved billions of views on Facebook with over four million loyal fans. We are a startup based Berlin where we have launched three new channels: "Waste-Ed" focuses on stories related to global sustainability. "Soapbox" takes on socio-political issues with commentary from progressive voices like Anissa Naouai, Rania Khalek and more.

🏆 **Awards**
Digiday Media Agency of 2019
Shorty Awards Best Overall Facebook 2019

**Social Media Agency**

### STORY

**Why Waste-Ed?**

Waste-Ed was created to drive change.

We focus on education and awareness about sustainability, climate change and the environment. We want to provide people with the knowledge that they need, to feel empowered enough to make changes in their everyday lives.

See More

Pages   Advertising/Marketing   Social Media Agency   Waste-Ed   About

Français (France)   中文(简体)   العربية   Português (Brasil)   한국어   Italiano   Deutsch   हिन्दी   日本語

... Facebook Lite   Watch   People   Pages   Page Categories   Places   Games   Locations   Marketplace
Oculus   Portal   Instagram   Local   Fundraisers   Services   About   Create Ad   Create Page   Developers
   Ad Choices   Terms   Help



# Waste-Ed
**@GoWasteEd**
209K followers

Sowing the seeds of sustainability 🌱 🌿 🌿
Instagram: @get.waste.ed
https://www.instagram.co…

- Home
- Videos
- Events
- Posts
- **About**
- Community
- Photos

Email or Phone     Password     Log In

Forgot account?



**Soapbox**
@SoapboxStand
317K followers

Not news. Unpopular opinions expressed loudly. Affiliated with RT.

- Home
- Videos
- Posts
- About
- Community
- Photos



Followed by 317,221 people      Like    Share

## About

**Suggest Edits**

### CONTACT INFO

Call (844) 220-1811

m.me/SoapboxStand

soapbox@maffick.media

### MORE INFO

**About**
Not news. Unpopular opinions expressed loudly. Affiliated with RT.

**Impressum**
Maffick is a Delaware limited liability company owned and operated by Anissa Naouai

Email: Hello@Maffick.media
Phone: +1 844 220 1811
Location: Los Angeles, CA

**Company Overview**
We have opinions. We have empathy. We see the ridiculous and we strike back with satire. We question. We doubt. We check the facts. And then we climb up onto ou... See More

**Awards**
Digiday Media Agency of 2019
Shorty Awards Best Overall Facebook 2019

Video Creator · Digital Creator · News & Media Website

### STORY

**Our story**



We have opinions. We have empathy. We see the ridiculous and we strike back with satire. We question. We doubt. We check the facts. And then we climb up onto our soapbox and we make our voices heard. Loud and clear.

See More

Pages    Public Figure    Video Creator    Soapbox    About

English (US)    Español    Français (France)    中文(简体)    العربية    Português (Brasil)    한국어    Italiano    Deutsch    हिन्दी    日本語

Sign Up   Log In   Messenger   Facebook Lite   Watch   People   Pages   Page Categories   Places   Games   Locations   Marketplace   Facebook Pay   Groups   Oculus   Portal   Instagram   Local   Fundraisers   Services   About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices   Terms   Help

Facebook © 2020