# EXHIBIT K

# Domain Name Registration Data Lookup

Enter a domain name | Frequently Asked Questions (FAQ) (/faq)

maffick.media

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the Domain Name Registration Data Lookup Terms of Use.

## Domain Information

**Name:** maffick.media

**Internationalized Domain Name:** maffick.media

**Registry Domain ID:** edb5f42157d340f19aaf6f7c1300552b-DONUTS

**Domain Status:**
clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)
clientRenewProhibited (https://icann.org/epp#clientRenewProhibited)
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)
clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)

**Nameservers:**
ns1.digitalocean.com
ns2.digitalocean.com
ns3.digitalocean.com

## Dates

**Registry Expiration:** 2020-09-04 17:35:48 UTC

**Updated:** 2019-10-19 17:36:34 UTC

**Created:** 2017-09-04 17:35:48 UTC

## Contact Information

### Registrant:

**Organization:** Maffick LLC

**Mailing Address:** California, US

### Technical:

### Administrative:

*Redacted for privacy: some of the data in this object has been removed.*

## Registrar Information

**Name:** GoDaddy.com, LLC

**IANA ID:** 146

**Abuse Contact Email:** abuse@godaddy.com

**Abuse Contact Phone:** tel:+1.4806242505

## Authoritative Servers

**Registry Server URL:** https://rdap.donuts.co/rdap/domain/maffick.media (https://rdap.donuts.co/rdap/domain/maffick.media)

**Last updated from Registry RDAP DB:** 2020-08-02 16:44:31 UTC

Youtube (http://www.youtube.com/icannnews)

Twitter (https://www.twitter.com/icann)

Linkedin (https://www.linkedin.com/company/icann)

Flickr (http://www.flickr.com/photos/icann)

Facebook (http://www.facebook.com/icannorg)

Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)

Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

**Who We Are**    **Contact Us**    **Accountability & Transparency**    **Governance**    **Help**    **Data Protection**

© 2019 Internet Corporation for Assigned Names and Numbers.    Privacy Policy (https://www.icann.org/privacy/policy)    Terms of Service (https://www.icann.org/privacy/tos)    Cookies Policy (https://www.icann.org/privacy/cookies)