# EXHIBIT O



## Page Transparency

### Page Information for In the NOW

**In the NOW**
Russia state-controlled media

This publisher is wholly or partially under the editorial control of a state. This is determined by a range of factors, including but not limited to funding, structure and journalistic standards. Learn More

### Organizations That Manage This Page

**No Confirmed Page Owner**
A Page Owner hasn't yet completed business verification process.

### Page History

**Merged with the Page In the NOW**
July 30, 2019

**Page created - In the NOW**
January 27, 2014

### People Who Manage This Page

Primary country/region location for people who manage this Page includes:
United States (6)
Russia (2)
United Kingdom (2)

**See 3 More**

Find support or report Page

Close