JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
rose.ring@mto.com
MARIANNA MAO (State Bar No. 318070)
marianna.mao@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

JONATHAN KRAVIS (*pro hac vice* application pending)
Jonathan.kravis@mto.com
ZOE BEDELL (*pro hac vice* application pending)
zoe.bedell@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW, 7th Floor
Washington, DC  20004-1361
Telephone:   (202) 220-1100
Facsimile:   (202) 220-2300

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAFFICK LLC, a Delaware limited liability company,<br><br>              Plaintiff,<br><br>      vs.<br><br>FACEBOOK, INC., a Delaware corporation, and Does 1-10, inclusive.<br><br>              Defendants. | Case No. 3:20-cv-05222-JD<br><br>**NOTICE OF SUPPLEMENTAL INFORMATION IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION**<br><br>_____ |

Defendant Facebook, Inc. ("Facebook") respectfully submits this Notice of Supplemental Information in support of Facebook's Opposition to Plaintiff's *Ex Parte* Application For A Temporary Restraining Order And Order To Show Cause Re Preliminary Injunction (ECF No. 9).

On August 6, 2020, Twitter announced that it is adding new labels for government and state-affiliated media accounts.  Attached as **Exhibit A** is a true and correct copy of Twitter's announcement, *New labels for government and state-affiliated media accounts*, also available at https://blog.twitter.com/en_us/topics/product/2020/new-labels-for-government-and-state-affiliated-media-accounts.html (last accessed Aug. 6, 2020).  Attached as **Exhibit B** is a true and correct copy of the top-most view of In The Now's Twitter feed, also available at https://twitter.com/inthenow (last accessed Aug. 6, 2020), which shows that Twitter has labeled In The Now as "Russia state-affiliated media."

DATED:  August 6, 2020                    MUNGER, TOLLES & OLSON LLP


By:  */s/ Jonathan H. Blavin*
         JONATHAN H. BLAVIN
Attorneys for Facebook, Inc.