1  JOHN C. ULIN (SBN 165524)
   Email: julin@troygould.com
2  AMY NASHON STALLING (SBN 316353)
   Email: astalling@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:     (310) 553-4441
5  Facsimile:      (310) 201-4746

6  Attorneys for Plaintiff
   MAFFICK LLC

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  MAFFICK LLC, a Delaware limited liability        Case No. 3:20-cv-05222
    company,
12                                                   SECOND DECLARATION OF ANISSA
                    Plaintiff,                       NAOUAI IN SUPPORT OF *EX PARTE*
13                                                   APPLICATION FOR TRO AND OSC RE:
           v.                                        PRELIMINARY INJUNCTION
14
    FACEBOOK, INC., a Delaware corporation,          Assigned for All Purposes To:
15  and DOES 1-10, inclusive,                        Hon. James Donato

16                  Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

**TroyGould PC**

SECOND DECLARATION OF ANISSA NAOUAI

04260-0002  340047.1

I, Anissa Naouai, declare as follows:

1.      I am the CEO of Maffick LLC ("Maffick"), the plaintiff in this case.  Except where indicated, I make this declaration of my own personal knowledge in support of Maffick's *Ex Parte* Application for a TRO and OSC re: Preliminary Injunction.  If called upon to do so, I could and would testify competently to the matters stated below.

2.      I was born and raised in New York.  As a child and young adult, I was very active in the theater and wanted to be a professional actress.

3.      While attending LaGuardia High School in New York, I had a Ukrainian theater teacher who was passionate about Russian theater and wanted to form the first American group of theater students to study and perform with the prestigious Moscow Art Theater ("MXAT").

4.      While attending Hunter College in 2001, my former theater teacher reached out to inform me that his idea had come to fruition and he invited me to participate in the group of American students that would travel to Russia to study at the MXAT.  Already becoming disenchanted with the notion of being yet another starving actress in New York City, I accepted the invitation.

5.      While in Moscow, I fell in love with a Russian man and we remained in contact after I returned home to the United States.  Therefore, when I was invited back to Moscow to participate in a six-month English-language educational program, I happily accepted.

6.      After my six-month program ended, I decided to remain in Russia with my then-boyfriend (later husband), but I needed to quickly find a job to support myself.  Through a distant contact, I learned that Russia Today ("RT"), an English language news channel, was hiring Americans who could read and write in English, so I reached out for an interview.  I was hired and began work as an intern, learning under the British expats who ran the newsroom at that time.

7.      Eventually, I was offered a job on-camera and, thanks to my theater training, I did well as a reporter and was soon traveling the world and reporting on current events.  I worked under a Style Guide that instructed all reporters to reference both sides of every story, even if one side of the story reflected negatively upon Russia or Russian interests.

8.     By 2009, my constant travelling had taken its toll on me and my relationship and I sought a role as a news anchor.  I worked as an anchor for approximately three years, but I soon found it boring to simply read copy and I decided I wanted to do my own news commentary show.

9.     In 2013, I conceived of the idea of "In the Now" and pitched it as an opinion show, filmed late in the evening, where I would comment on the news stories of that day.  RT agreed and allowed me to film the show.

10.    "In the Now" became very successful online, and in 2016, I decided I wanted to move the show to a completely digital format and monetize it.

11.    In 2017, I informed RT that I wanted to form a separate corporate entity in order to monetize "In the Now" and I wanted to receive 90% of the profit from the corporation because it was my idea and my work.  RT agreed, so I formed Maffick Media GmBH in Germany as a subsidiary of Ruptly.  During this period, I launched additional digital media channels, including SoapBox and Waste-Ed.  I maintained editorial control, and neither RT nor any other Russian government entity or official exercised editorial control over content on In the Now, Soapbox or Waste-Ed's digital media channels.

12.    Ultimately, I had difficulty operating in Germany because of a lack of digital media talent, and it was also not a place where I wanted to live with my family.  Meanwhile, over the years, I had frequently visited a good friend of mine who lived in Los Angeles, and in June 2018, I decided I wanted to relocate to L.A. and raise my children there.  Exactly one year later, I completed the move.

13.    Upon moving to L.A. in June 2019, I promptly formed a Delaware limited liability company called Maffick LLC, through which I have operated the In the Now, Soapbox and Waste Ed digital media channels for the past year.  I did not invite RT or any of its affiliates to partner with me in the company and I have run it as my own, independent company since its formation.

14.    I am not an employee of RT or any of its affiliates and RT does not exercise control over me, nor does it exercise control over the content on Maffick's channels.

**TroyGould**
**PC**

2

SECOND DECLARATION OF ANISSA NAOUAI

15.     Maffick LLC's interaction with RT is limited to the sale of content to RT, which is something major media companies, including, for example, the Associated Press ("AP") and Reuters, also do.  Maffick is currently negotiating with other news outlets to sell its content.

16.     Maffick's content is not biased in favor of Russia or any other country and does not support Russia's "party line."  In fact, much of Maffick's content is progressive and directly in tension with Russia's political stance.

17.     Maffick decides what content to publish based upon whether the data shows that the issue is compelling and will attract viewers, and its decisions are in no way shaped or influenced by any government policy.

18.     Facebook's Notice is threatening immediate and irreparable harm to Maffick's branded partnerships and cross-posting partnerships.  Maffick has existing branded relationships with twelve different companies – mostly eco-friendly manufacturers - who pay and/or barter with it to promote their products.  These companies are: Petkix; Pela Case; Durapik; Sol and Spring; Georganics; Last Swab; Bluland; Let's Go Eco; Patch Bandages; Hay Straws; FlexYah; and, Azero Bags.  Every time Maffick promotes one of their products, such as an advertisement for Pela's bio-degradable phone case, the post is labeled "Russia state-controlled media." This confuses viewers, who then associate the product with the Russian government, and it makes them less likely to purchase the product, thereby undermining Maffick's relationship with the product manufacturers. Since the Notice was posted, Maffick has been unable to form any new partnerships.

Similarly, Maffick has existing cross-posting partnerships with fifteen other content providers.  Maffick reposts their content on its pages and vice versa – a process called "cross-posting."  These cross-posting partners include: Cultura Colectiva; Bright Vibes; 60 Sec. Docs; Soul Pancake; Nameless Network; Namless Network Presents; Weird Wild World; Our Incredible World; Joe Co. UK; Cheddar; Cheddar Gadgets; Cheddar Inc.; Cheddar Health; Cheddar Health; Vocative; and Yup That Exists.  In this way, Maffick and its partners can post a substantial amount of content every day, in addition to the content they create themselves, at a significant cost savings.  As a result of the Notice, every time Maffick posts a video created by one of its cross-posting partners, like a video from Our

Incredible World about stork parents laying an egg, the video is flagged as "Russia state-controlled media."  As with the branded posts, this creates viewer confusion about the source of the content and distorts our partners' messaging.  The Notice thus threatens Maffick's existing business relationships with its cross-posting partners.

19.     It is very damaging to Maffick's reputation, business and vision to be falsely accused of operating under the control of the Russian government.  I cannot emphasize enough that we are not controlled by Russia, operationally or editorially.  My hand-picked team and I make all editorial decisions about what to publish and not publish and no one else has a say in those decisions.

20.     Maffick's flagship channel, In the Now had 247,706,036 views in May.  In July, it had 66,494,294.  In the Now's reach in May was 237,449,490 and in July, it was 70,449,087.  Its monthly monetization dropped by approximately 85%.  Maffick's reach and monetization grew during the period from March through June 2020 and only began to fall after Facebook published the Notice.  Attached hereto as "Exhibit 1" are true and correct copies of Facebook analytical data showing the extremely negative effects that the Notice has had on "In the Now."

21.     Facebook's actions have also caused ripple effects throughout the social media industry.  Just last week, Twitter followed Facebook's lead and labeled Maffick's pages "Russia state-affiliated media."  Although Maffick's presence on Twitter is small and dwarfed by its reach on Facebook, I have had to initiate an appeal of Twitter's decision.  As Facebook pointed out, YouTube posted a disclaimer about Maffick's former relationship with RT approximately 18 months ago.  I have not taken action to address it, because Maffickno longer publishes content on YouTube and does not monetize its former use of that site.

22.     The reputational damage initiated by Facebook is rapidly increasing and I believe it will become irreversible if the Notice is not taken down.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __10th__ day of __August__, __2020__, at Los Angeles, California.

_____
Anissa Naouai

SECOND DECLARATION OF ANISSA NAOUAI

# EXHIBIT 1

# MAY 2020

Metrics are estimated and in development.

May 1, 2020 – May 31, 2020 ▸

$29,582.70
Estimated Earnings
▲ 16% from previous 31 days

$0.48
Monetizable View RPM
▼ 12.7% from previous 31 days

61.4M
Monetizable 1-Minute Video Views
▲ 33.6% from previous 31 days



## Estimated Earnings

Actual payouts will differ from what's shown here if there are content ownership claims or other adjustments. Learn More

May 1, 2020 - May 31, 2020
$29,582.70 Estimated Earnings

### Understand Your Estimated Earnings

Earnings are impacted by multiple factors, including the number of impressions and CPM of ads shown.

Focus on creating content that keeps your viewers watching longer to help maximize your earnings.

📅 May 1, 2020 – May 31, 2020 ▾

**225.6K**

Net Followers

▲ 142% from previous 31 days

**2.7M**

Returning Viewers

For the week of 05/31/2020

**24.1M**

Complete Views

▲ 175% from previous 31 days

# Follower Activity

A look at your new followers, net followers and people who unfollowed. Metrics are estimated.

May 1, 2020 – May 31, 2020

**249,976 New Followers**

**24,404 People Who Unfollowed**



**Summary**

You have **+225,572** net followers this period. Your net followers are **+142%** from the previous period.

🔲 May 1, 2020 – May 31, 2020  ▾

▸ View By: Posted  ▾

**315M**
Minutes Viewed
▲ 113% from previous 31 days

**103.2M**
1-Minute Video Views
▲ 91.3% from previous 31 days

**264.3M**
3-Second Video Views
▲ 85.4% from previous 31 days

**11M**
Engagement
▲ 227% from previous 31 days

**225.6K**
Net Followers
▲ 142% from previous 31 days

# 3-Second Video Views

May 1, 2020 - May 31, 2020
264,336,496 3-Second Video Views

| | |
|---|---|
| 20M | |
| 15M | |
| 10M | |
| 5M | |
| 0 | |

May 1   May 4   May 7   May 11   May 14   May 17   May 21   May 24   May 27   May 31

Show by:
See how your different types of posts are performing

○  Organic   100%
   Paid       0%

○  Posted        75.3%
   Crossposted   0.97%
   Shared        23.7%

○  Followers       7.48%
   Non Followers   92.5%

○  Live    0%
   Video   100%



# JUNE 2020

Metrics are estimated and in development.

Jun 1, 2020 – Jun 30, 2020 ▸

**$77,880.76**
Estimated Earnings
▲ 167% from previous 30 days

**$1.14**
Monetizable View RPM
▲ 138% from previous 30 days

**68.2M**
Monetizable 1-Minute Video Views
▲ 12.5% from previous 30 days

# Estimated Earnings

Actual payouts will differ from what's shown here if there are content ownership claims or other adjustments. Learn More

Jun 1, 2020 – Jun 30, 2020
**$77,880.76** Estimated Earnings



## Understand Your Estimated Earnings

Earnings are impacted by multiple factors, including the number of impressions and CPM of ads shown.

Focus on creating content that keeps your viewers watching longer to help maximize your earnings.



Jun 1, 2020 – Jun 30, 2020 ▸

**183.2K**
Net Followers
▼ 17.8% from previous 30 days

**1M**
Returning Viewers
For the week of 06/28/2020

**19.4M**
Complete Views
▼ 18.7% from previous 30 days

# Follower Activity

A look at your new followers, net followers and people who unfollowed. Metrics are estimated.

Jun 1, 2020 - Jun 30, 2020

**213,029 New Followers**     **29,868 People Who Unfollowed**

**Summary**

You have **+183,161** net followers this period. Your net followers are **-17.8%** from the previous period.





# JULY 2020

Metrics are estimated and in development.



■ Jul 1, 2020 – Jul 31, 2020 ▸

**$11,752.88**
Estimated Earnings
▼ 85.2% from previous 31 days

**$1.04**
Monetizable View RPM
▼ 5.45% from previous 31 days

**11.2M**
Monetizable 1-Minute Video Views
▼ 84.3% from previous 31 days

# Estimated Earnings

Actual payouts will differ from what's shown here if there are content ownership claims or other adjustments. Learn More

Jul 1, 2020 - Jul 31, 2020
**$11,752.88 Estimated Earnings**



## Understand Your Estimated Earnings

Earnings are impacted by multiple factors, including the number of impressions and CPM of ads shown.

Focus on creating content that keeps your viewers watching longer to help maximize your earnings.

# Follower Activity

A look at your new followers, net followers and people who unfollowed. Metrics are estimated.

Jul 1, 2020 - Jul 31, 2020

**33,054 New Followers**   **21,317 People Who Unfollowed**



## 11.7K

**Net Followers**
▼ **94%** from previous 31 days

## 273.1K

**Returning Viewers**
For the week of 07/26/2020

## 3.7M

**Complete Views**
▼ **81.6%** from previous 31 days

⊞ Jul 1, 2020 – Jul 31, 2020   ▸

**Summary**

You have **+11,737** net followers this period. Your net followers are **-94%** from the previous period.







Results from **Jul 10, 2020 – Aug 6, 2020**
Note: Does not include today's data. Insights activity is reported in the Pacific time zone. Ads activity is reported in the time zone of your ad account.

■ Organic   ■ Paid

**Actions on Page**
July 10 – August 6

148
Total Actions on Page ▼ 52%

**Page Likes**
July 10 – August 6

22,970
Page Likes ▼ 60%

**Recommendations**
July 10 – August 6

1
Recommendations ▼ 50%

**Page Views**
July 10 – August 6

210,379
Total Page Views ▼ 50%

**Post Reach**
July 10 – August 6

61,084,295
People Reached ▼ 55%

**Post Engagement**
July 10 – August 6

23,357,466
Post Engagement ▼ 50%

**Page Previews**
July 10 – August 6

12,076
Page Previews ▼ 51%

**Story Reach**
July 10 – August 6

342,215
People Reached ▲ 9%

**Videos**
July 10 – August 6

79,566,442
3-Second Video Views ▼ 51%