UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: August 27, 2020     Judge: Hon. James Donato

Time: 27 Minutes

Case No.    **C-20-05222-JD**
Case Name    **Maffick LLC v. Facebook Inc.**

Attorney(s) for Plaintiff(s):    John C. Ulin
Attorney(s) for Defendant(s):    Jonathan H. Blavin

Deputy Clerk: Lisa R. Clark     Court Reporter: Marla Knox

PROCEEDINGS

Motion Hearing - Held

NOTES AND ORDERS

The Court hears argument on plaintiff's motion for a temporary restraining order. Dkt. No. 3. The Court will issue a written order on the motion, as well as a scheduling order setting trial to begin on December 14, 2020.

The parties may immediately begin taking discovery and preparing for trial.