JOHN C. ULIN (SBN 165524)
Email: julin@troygould.com
AMY NASHON STALLING (SBN 316353)
Email: astalling@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:    (310) 201-4746

Attorneys for Plaintiff
MAFFICK LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAFFICK LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC, a Delaware corporation, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 3:20-cv-05222 <br><br> PLAINTIFF MAFFICK LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS <br><br> Assigned for All Purposes To: <br> Hon. James Donato |

**TroyGould PC**

PLAINTIFF MAFFICK LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

04260-0002  340607.1

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD**: Pursuant to Fed. R. Civ. P. 7.1 and Civil Local Rule 3-15, the undersigned counsel of record for Plaintiff Maffick LLC ("Maffick") certifies that other than the named parties in this action, it knows of no persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated:  September 1, 2020

TROYGOULD PC

By: _____
Amy Nashon Stalling
Attorneys for Plaintiff
MAFFICK LLC