JOHN C. ULIN (SBN 165524)
Email: julin@troygould.com
AMY NASHON STALLING (SBN 316353)
Email: anashon@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:    (310) 201-4746

Attorneys for Plaintiff
MAFFICK LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAFFICK LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:20-cv-05222-JD<br><br>**PLAINTIFF MAFFICK, LLC'S NOTICE OF INTENT NOT TO AMEND THE COMPLAINT**<br><br>Assigned to: Hon. James Donato |

1  Plaintiff Maffick LLC hereby notifies the Court that it does not intend to amend its
2  Complaint in this action.

4  Dated: June 11, 2021   TROYGOULD PC

6  By: /s/ *John C. Ulin*
   John C. Ulin

   Attorneys for Plaintiff
   MAFFICK LLC

**TroyGould PC**