UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAFFICK LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK INC.,<br><br>        Defendant. | Case No. 20-cv-05222-JD<br><br>**JUDGMENT** |

On June 14, 2021, the Court dismissed this case under Federal Rule of Civil Procedure 12(b)(6) with prejudice as to the Lanham Act claim, and without prejudice as to the state law claims. Dkt. No. 60. Pursuant to Federal Rule of Civil Procedure 58, the Court enters judgment against plaintiff Maffick LLC.

**IT IS SO ORDERED.**

Dated: June 14, 2021

_____
JAMES DONATO
United States District Judge